No. 5. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE v. GRAY, ATTORNEY GENERAL OF VIRGINIA, ET AL. Certiorari, 365 U. S. 842, to the Supreme Court of Appeals of Virginia. Argued November 8, 1961. Restored to the calendar for reargument, 369 U. S. 833. The motion to substitute Robert Y. Button et al. in the place of Frederick T. Gray et al. as parties respondent is granted. *Robert L. Carter* on the motion.

No. 80. SCHLUDE ET AL. v. COMMISSIONER OF INTERNAL REVENUE. Certiorari, 370 U. S. 902, to the United States Court of Appeals for the Eighth Circuit. The motion of American Institute of Certified Public Accountants for leave to participate in oral argument, as *amicus curiae,* is denied. *Dean Acheson* on the motion.

No. 91. MCLEOD, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, v. EMPRESA HONDURENA DE VAPORES, S. A.; and
No. 93. NATIONAL MARITIME UNION OF AMERICA, AFL–CIO, v. EMPRESA HONDURENA DE VAPORES, S. A. Certiorari, 370 U. S. 915, to the United States Court of Appeals for the Second Circuit. The motion of the Government of the United Kingdom of Great Britain and Northern Ireland for leave to file brief, as *amicus curiae,* is granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion. *Lawrence Hunt* on the motion.

No. 489. DOWNUM v. UNITED STATES. Certiorari, *ante,* p. 811, to the United States Court of Appeals for the Fifth Circuit. The motion for the appointment of counsel is granted and it is ordered that *Richard Tinsman, Esquire,* of San Antonio, Texas, be, and he is hereby, appointed to serve as counsel for petitioner in this case.